UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
SACRAMENTO, CALIFORNIA 95814



**FILED**

FEB 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 22, 2008

Clerk, US District Court
USDC - Northern District of CA
450 Golden Gate Avenue
16th Floor, Room 1111
San Francisco, CA 94102

CR 08-24 WHA

Re:    USA v. Albert Clark Watson
       CR S- 97 - 0161 WBS (Eastern District of California)
       CR USDC - Northern District of CA

Dear Sir/Madam:

Pursuant to the Transfer of Jurisdiction of probation/supervised release  (form 22) having been filed in this district, the following documents are herewith forwarded for your records:

    **XX**    CERTIFIED COPY OF INDICTMENT/INFORMATION

    **XX**    CERTIFIED COPY OF THE TRANSFER ORDER

    **XX**    CERTIFIED COPY OF THE DOCKET SHEET

    **XX**    CERTIFIED COPY OF JUDGMENT AND SENTENCING

Please acknowledge receipt of the above documents on the photocopy of this letter and return in the enclosed self-addressed stamped envelope.

Very truly yours,
Victoria C. Minor, Clerk

By:
M. Marciel, Deputy Clerk

Date received: _____

Deputy Clerk: _____

# UNITED STATES DISTRICT COURT



**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

January 24, 2008

Juanita Zuniga, USPO
U. S. Probation Office
501 "I" Street, Suite 2-500
Sacramento, CA 95814

**RECEIVED**
**U.S. PROBATION OFFICE**

**JAN 2 5 2008**

**EASTERN DISTRICT, CA**
**SACRAMENTO**

Re:    Albert Watson    **98-CR-0161 WHI**
       Docket No.:    0972 2:96CR00277-01
       TRANSFER OF JURISDICTION

Dear Ms. Zuniga:

Enclosed please find the Transfer of Jurisdiction forms transferring jurisdiction of the above-
referenced case from the _____ Eastern District of California _____ to the Northern
District of California. To finalize this transfer, please forward this letter to your clerk's office
with instructions to file.

If you have any questions regarding the above, please do not hesitate to contact me at the number
shown below.

Sincerely,

Alan K. Ahlstrand
U.S. Probation Officer
(415) 436-7590

Enclosures

sp

# FILED

**JAN 2 9 2008**

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____
          **DEPUTY CLERK**

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____
                    **Deputy Clerk**
Dated February 22, 2008

NDC-GEN-002 05/25/05

PROB 22

| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Tran. Court)* 2:96CR00277-01 and 2:97CR00161-01 |
|---|---|
| CR 08    0023 | **DOCKET NUMBER** *(Rec. Court)* CR 08    0024 |

| **NAME AND ADDRESS OF SUPERVISED RELEASEE** Albert Clark WATSON Daly City, California | **DISTRICT** Eastern District of California | **DIVISION** Northern |
|---|---|---|
| | **NAME OF SENTENCING JUDGE** Honorable William B. Shubb | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** 11-05-2007 | **TO** 11-04-2010 |

**OFFENSE**    18 USC 2113(a) - Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.\*

1/2/2008
*Date*

*United States District Judge*

\*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*

CC:    United States Attorney
       FLU Unit-United States Attorney's Office
       Fiscal Clerk-Clerk's Office

EDCA (8/98) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**FILED**

JAN 1 6 1998

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK 1997

| | |
|---|---|
| UNITED STATES OF AMERICA<br>VS<br>ALBERT C. WATSON,<br>**Defendant** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed on<br>or After November 1, 1987) |

Case Number:  CR-S-96-0277-001 ✓
              CR-S-97-0161-001 ✓

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

I hereby certify
instrument
the original
ATTEST: CARL R. WAGNER
Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated _____ 7/9/97

Carl Larson
Asst. Federal Defender

-------------------------

**THE DEFENDANT:**

[x]  Pleaded guilty to Count(s) 1, 2, 3, 4, 6, and 13 of this Indictment in CR. S-96-0277. The defendant also plead guilty to Counts 1 and Counts 1 and 2 of the Informations in CR. S-97-0161, resulting from Rule 20s from the Northern District of California and Eastern District of Washington .

[ ]  Pleaded nolo contendere to Count(s) ___ which was accepted by the Court.

[ ]  Was found guilty on Count(s) ___ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2113(a) | Bank Robbery | 12/9/94-7/6/95 | 1,2,3,4,6 & 13 |
| 18 USC 2113(a) | Bank Robbery | 12/9/94 | 1 (Rule 20 from Seattle) |
| 18 USC 2113(a) | Bank Robbery | 1/19/95 & 7/6/95 | 1 & 2 (Rule 20 from Northern District of California) |

RECEIVED
UNITED STATES MARSHAL
JAN 16 AM 10: 06

The defendant is sentenced as provided in pages 2 through 7 of this Judgment.

[ ]  The defendant has been found not guilty on count(s) ___.

[x]  Count(s) 5,7,8,9,10,11 & 12  are dismissed on the motion of the United States.

[x]  Appeal rights given.

[ ]  Bond is ordered exonerated; [ ] upon surrender

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec.       _____

Defendant's Date of Bir      _____

Defendant's USM No: 0        _____

7/2/97
Date of Imposition of Sentence

[x]  In Custody

Last known mailing address

1350 Grant Lane
Sacramento, CA

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated February 22, 2008

_William R. Shubb_
Signature of Judicial Officer   7/8/97

WILLIAM B. SHUBB
US DISTRICT JUDGE

EDCA (8/96) Sheet 2 - Imprisonment

*Defendant:  ALBERT C. WATSON*
*Case Number: CR-S-96-0277-001*

Judgment—Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons of the United States to be imprisoned for a total term of 137 months on each of Counts 1, 2, 3, 4, 6 and 13 and all counts in the two Informations, to be served concurrently, to the extent necessary to produce a total term of 137 months. This sentence shall be served consecutively to any state sentence .

[ ]     *The Court makes the following recommendations to the Bureau of Prisons:*

[ x ]   *The defendant is remanded to the custody of the United States Marshal.*

[ ]     *The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, or to the US Marshal for this district, if no institution has been designated:*

     [ ]     before 2:00 p.m. on ____.

     [ ]     *as notified by the United States Marshal.*

     [ ]     *as notified by the Probation or Pretrial Services Office.*

### RETURN

*I have executed this Judgment as follows:*

_____

_____

*Defendant delivered on ____ to ____ at ____, with a certified copy of this Judgment.*

A.M. Flowers, Warden
United States Marshal

By _____
Deputy Marshal

EDCA (8/96) Sheet 3 - Supervised Release

*Defendant: ALBERT C. WATSON*
*Case Number: CR-S-96-0277-001*

*Judgment—Page 3 of 7*

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **36 months**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

[ x ]    The defendant shall not possess a firearm as defined in 18 USC 921. (Check, if applicable.)

*For offenses committed on or after September 13, 1994:*

[ x ]    The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. (Check, if applicable.)

or

[ ]    The mandatory drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term(s) of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distriubte, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

EDCA (8/99) Sheet 6 - Supervision Terms

*Defendant:  ALBERT C. WATSON*
*Case Number: CR-S-96-0277-001*

## ADDITIONAL SUPERVISION TERMS

1)   The defendant shall submit to the search of his person, property, home and vehicle by a U.S. Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2)   The defendant shall make payments of restitution heretofore ordered in installments as determined by the probation officer.

3)   The defendant shall participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, as directed by the probation officer.

EDCA (8/98) Sheet 6 - Criminal Monetary Penalties

Defendant: ALBERT C. WATSON
Case Number: CR-S-96-0277-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties as set forth below:

### ASSESSMENT

Amount:  $450  ,        Payable:
                        [ x ] in full, immediately
                        [ ] other: _____

### FINE

Amount:  ____,        Payable:
                        [ ] in full, immediately
                        [ ] as directed by the Probation Officer
                        [ ] in payments of ___, beginning on ___.

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options may be subject to penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

[ ] The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ]      The interest requirement is waived.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

*Defendant:  ALBERT C. WATSON*
*Case Number: CR-S-96-0277-001*

## RESTITUTION

[ ]  The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after 09/13/1994, until ___. An Amended Judgment in a Criminal Case will be entered after such determination.

[ x ]  The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

Amount: $24,955 ,  Payable:
[ ] in full, immediately
[ x ] as directed by the Probation Officer
[ ] in payments of ___, beginning on ___

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Union Bank<br>770 L St., Sacto, CA | $1,033 | $1,033 | |
| San Francisco Federal Savings Bank<br>436 Howe Ave., Sacto, CA | $ 2,200 | $ 2,200 | |
| Wells Fargo Bank<br>5700 Folsom Blvd., Sacto, CA | $ 3,300 | $ 3,300 | |
| Great Western Bank<br>1300 21st St., Sacto, CA | $ 4,880 | $ 4,880 | |
| El Dorado Savings & Loan<br>4768 J St., Sacto, CA | $ 1,300 | $ 1,300 | |
| Tri-Counties Bank<br>1810 Market St., Redding, CA | $ 4,900 | $ 4,900 | |
| Wells Fargo Bank<br>205 Kenwood, San Francisco, CA | $ 2,600 | $2,600 | |
| Wells Fargo Bank<br>2464 Junipero Serra, Daly City, CA | $ 4,050 | $ 4,050 | |
| Seattle First National Bank<br>500 Olive Way, Seattle, WA | $   692 | $   692 | |

EDCA (8/98) Sheet 8 -Statement of Reasons

**Defendant:  ALBERT C. WATSON**
**Case Number: CR-S-96-0277-001**

*Judgment—Page 7 of 7*

# STATEMENT OF REASONS

[ x ]     The court adopts the factual findings and guideline application in the presentence report.

OR

[  ]     The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the court:**

Total Offense Level: 24
Criminal History Category: VI
Imprisonment Range: 100 to 125 months
Supervised Release Range: 2 to 3 years
Fine Range: $ 10,000 to $ 100,000

[ x ]     Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution (loss) $ 24,955.00

[  ]     Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. 3663(d).

[  ]     For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

[  ]     Partial restitution is ordered for the following reason(s):

[  ]     The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

[  ]     The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

[ x ]     The sentence departs from the guideline range:

[  ]     upon motion of the government, as a result of defendant's substantial assistance.
[ x ]     for the following specific reason(s):

Unusual case because more than 5 units should apply for 15 bank robberies; upward departure one level for 9 counts before total offense level becomes 25.

EDCA (8/96) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS
ALBERT C. WATSON,
**Defendant**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on
or After November 1, 1987)

**FILED**

JUL    1997

ISTRICT COURT
T OF CALIFORNIA

Case Number:   CR-S-96-0277-001
CR-S-97-0161-001

Carl Larson
Asst. Federal Defender

---------------------------------------

*THE DEFENDANT:*

[ x ]   Pleaded guilty to Count(s) 1, 2, 3, 4, 6, and 13 of this Indictment in CR. S-96-0277. The defendant also
plead guilty to Counts 1 and Counts 1 and 2 of the Informations in CR. S-97-0161, resulting from Rule 20s from
the Northern District of California and Eastern District of Washington____.
[ ]   Pleaded nolo contendere to Count(s) ___ which was accepted by the Court.
[ ]   Was found guilty on Count(s) ___ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2113(a) | Bank Robbery | 12/9/94-7/6/95 | 1,2,3,4,6 & 13 |
| 18 USC 2113(a) | Bank Robbery | 12/9/94 | 1 (Rule 20 from Seattle) |
| 18 USC 2113(a) | Bank Robbery | 1/19/95 & 7/6/95 | 1 & 2 (Rule 20 from Northern District of California) |

*The defendant is sentenced as provided in pages 2 through 7 of this Judgment.*

[ ]   The defendant has been found not guilty on count(s) ___.
[ x ]   Count(s) 5,7,8,9,10,11 & 12   are dismissed on the motion of the United States.
[ x ]   Appeal rights given.
[ ]   Bond is ordered exonerated; [ ] upon surrender

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By
                                    **Deputy Clerk**
Dated February 22, 2008

It is further ordered ____   United States Attorney for this district within 30 days of any change of name,
residence or mailing addr    d special assessments imposed by this Judgment are fully paid.

*Defendant's Soc. Sec. Nu* ___

*Defendant's Date of Birth: 6/15/52*

*Defendant's USM No: 09139-097*

*[ x ]   In Custody*

*Last known mailing address:*

1350 Grant Lane
Sacramento, CA

7/2/97
*Date of Imposition of Sentence*

*Signature of Judicial Officer*
7/8/97

WILLIAM B. SHUBB
US DISTRICT JUDGE

11

EDCA (8/96) Sheet 2 - Imprisonment

*Judgment--Page 2 of 7*

*Defendant:  ALBERT C. WATSON*
*Case Number: CR-S-96-0277-001*

### IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons of the United States to be imprisoned for a total term of 137 months on each of Counts 1, 2, 3, 4, 6 and 13 and all counts in the two Informations, to be served concurrently, to the extent necessary to produce a total term of 137 months. This sentence shall be served consecutively to any state sentence    .

[ ]     The Court makes the following recommendations to the Bureau of Prisons:

[ x ]   The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, or to the US Marshal for this district, if no institution has been designated:

    [ ]     before 2:00 p.m. on ____.

    [ ]     as notified by the United States Marshal.

    [ ]     as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on ____ to ____ at ____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

### SUPERVISED RELEASE

nt, the defendant shall be on supervised release for a term of **36 months** .

ation office in the district to which the defendant is released within 72 hours of release from the

er federal, state, or local crime.

ss a controlled substance.

,ess a firearm as defined in 18 USC 921. (Check, if applicable.)

`3, 1994:`

o one drug test within 15  days of release from imprisonment and at least two periodic drug
oy the probation officer. (Check, if applicable.)

                    or

condition is suspended based on the court's determination that the defendant poses a low risk of
ck, if applicable.)

titution obligation, it shall be a condition of supervised release that the defendant pay any such
imencement of the term(s) of supervised release in accordance with the Schedule of Payments
t of this judgment.

andard conditions that have been adopted by this court (set forth below).  The defendant shall
e attached page.

## DARD CONDITIONS OF SUPERVISION

al district without the permission of the court or probation officer;

ion officer and shall submit a truthful and complete written report within the first five days of

l inquiries by the probation officer and follow the instructions of the probation officer;

ependents and meet other family responsibilities;

lawful occupation unless excused by the probation officer for schooling, training, or other

 officer ten days prior to any change in residence or employment;

ve use of alcohol and shall not purchase, possess, use, distriubte, or administer any narcotic or
ohernalia related to such substances, except as prescribed by a physician;

 where controlled substances are illegally sold, used, distributed or administered;

iny persons engaged in criminal activity, and shall not associate with any person convicted of a
so by the probation officer;

fficer to visit him or her at any time at home or elsewhere and shall permit confiscation of any
e probation officer;

 officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

greement to act as an informer or a special agent of a law enforcement agency without the

 defendant shall notify third parties of risks that may be occasioned by the defendant's criminal
tics, and shall permit the probation officer to make such notifications and to confirm the
cation requirement.

vehicle by a U.S. Probation
upervision of the probation
lefendant shall warn any other
idition.

aliments as determined by the

n assistance for drug or alcohol

EDCA (8/96) Sheet 6 - Criminal Monetary Penalties

*Judgment--Page 5 of 7*

*Defendant: ALBERT C. WATSON*
*Case Number: CR-S-96-0277-001*

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties as set forth below:

### ASSESSMENT

Amount:  $450  ,        Payable:
                        [ x ] in full, immediately
                        [  ] other: _____

### FINE

Amount:  ____ ,         Payable:
                        [  ] in full, immediately
                        [  ] as directed by the Probation Officer
                        [  ] in payments of ____, beginning on ____.

        The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f).  All of the payment options may be subject to penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

[  ]  The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

        [  ]      The interest requirement is waived.

[  ]  The defendant shall pay the cost of prosecution.

[  ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

        Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.

        All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

EDCA (8/96) Sheet 7 - Restitution

*Defendant: ALBERT C. WATSON*
*Case Number: CR-S-96-0277-001*

*Judgment--Page 6 of 7*

## RESTITUTION

[ ] The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after 09/13/1994, until ___. An Amended Judgment in a Criminal Case will be entered after such determination.

[ x ] The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

Amount: $24,955 ___,    Payable:
[ ] in full, immediately
[ x ] as directed by the Probation Officer
[ ] in payments of ___, beginning on___

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Union Bank<br>770 L St., Sacto, CA | $1,033 | $1,033 | |
| San Francisco Federal Savings Bank<br>436 Howe Ave., Sacto, CA | $ 2,200 | $ 2,200 | |
| Wells Fargo Bank<br>5700 Folsom Blvd., Sacto, CA | $ 3,300 | $ 3,300 | |
| Great Western Bank<br>1300 21st St., Sacto, CA | $ 4,880 | $ 4,8B0 | |
| El Dorado Savings & Loan<br>4768 J St., Sacto, CA | $ 1,300 | $ 1,300 | |
| Tri-Counties Bank<br>1810 Market St., Redding, CA | $ 4,900 | $ 4,900 | |
| Wells Fargo Bank<br>205 Kenwood, San Francisco, CA | $ 2,600 | $2,600 | |
| Wells Fargo Bank<br>2464 Junipero Serra, Daly City, CA | $ 4,050 | $ 4,050 | |
| Seattle First National Bank<br>500 Olive Way, Seattle, WA | $  692 | $  692 | |

EDCA (8/96) Sheet 8 - Statement of Reasons

*Defendant:* ALBERT C. WATSON
*Case Number: CR-S-96-0277-001*

## STATEMENT OF REASONS

[ x ]    The court adopts the factual findings and guideline application in the presentence report.

OR

[ ]    The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the court:**

Total Offense Level: 24
Criminal History Category: VI
Imprisonment Range: 100 to 125 months
Supervised Release Range: 2 to 3 years
Fine Range: $ 10,000 to $ 100,000

[ x ]    Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution (loss) $ 24,955.00

[ ]    Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. 3663(d).
[ ]    For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.
[ ]    Partial restitution is ordered for the following reason(s):

[ ]    The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

OR

[ ]    The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

[ x ]    The sentence departs from the guideline range:

    [ ]    upon motion of the government, as a result of defendant's substantial assistance.
    [ x ]    for the following specific reason(s):

        Unusual case because more than 5 units should apply for 15 bank robberies; upward departure one level for 9 counts before total offense level becomes 25.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### BEFORE THE HONORABLE WILLIAM B. SHUBB

FILED

JUL 2 1997

CLERK, U.S. DISTRICT COURT
COURT OF CALIFORNIA

*United States*

v.

*Albert Clark Watson*

**MINUTES**

CASE #: _CR97-161   SH_

DATE: _7/2/97_

DEPUTY CLERK: _Sally Hoover_

COURT REPORTER: _KELLY O'HALLORAN_

**FOR THE GOVERNMENT:** _Laurel White_
ASSISTANT UNITED STATES ATTORNEY
INTERPRETER: _____
[ ] SWORN

**FOR THE DEFENDANT(S):** _Carl Larson_
[X] ASSISTANT FEDERAL DEFENDER
[ ] APPOINTED    [ ] RETAINED

**DEFENDANT:**
[X] PRESENT  [X] IN CUSTODY  [ ] O/R  [ ] BAIL  [ ] NO APPEARANCE  [ ] WAIVED

**ARRAIGNMENT**
[ ] DEFT ARRAIGNED  [ ] ARRAIGNMENT CONTINUED TO: _____  T/S SET: _____
[ ] TRUE NAME AS CHARGED  [ ] STATES TRUE NAME IS: _____
DEFENDANT PLEADS: [ ] NOT GUILTY  [ ] GUILTY  [ ] NOLO  HEARING SET: _____

[ ] **STATUS CONFERENCE**
TCH SET: _____  JT SET: _____  JT OF _____  IS VACATED
MOTIONS BY: _____  OPPO BY: _____  REPLY BY: _____
MOTION HEARING: _____  TRIAL SETTING: _____  ENTRY/PLEA SET: _____

[ ] **TRIAL CONFIRMATION**
CONFIRMED: _____  TCH CONTINUED: _____  JT RESET: _____
FURTHER STATUS: _____  OTHER: _____

[ ] **CHANGE OF PLEA**
[ ] WITHDREW NOT GUILTY PLEA; PLEADS GUILTY TO: _____
PRESENTENCE REPORT [ ] ORDERED [ ] WAIVED;  JUDGMENT SET FOR: _____
[X] **JUDGMENT AND SENTENCING**
IMPRISONMENT: _137 mos on Cts 1,2,3,4, 6 + 13, concurrent to each other + to Rule 20 unless from Washington + No. District of Calif._  JUDGMENT CONTINUED TO: _____  PROBATION: _____
SURRENDER DATE: _____  PROBATION CONDITIONS: Dated _February 22, 2008_
TERM OF SUPERVISED RELEASE: _36 mos._
RECOMMENDATION: _____
DEFT FINED: _____  [X] FINE WAIVED
RESTITUTION: $_24,955.00_  PAYABLE TO: _____
SPECIAL ASSESSMENT: _450.00 immediately_  BAIL EXONERATED: _____
RIGHT TO APPEAL GIVEN: _yes_  [ ] APPEAL RIGHTS WAIVED
SPECIAL CONDITIONS: _1) submit to search; 2) make payments on restitution; 3) participate in CTC program._

[ ] **VIOLATION OF SUPERVISED RELEASE/PROBATION**
VIOLATION(S) _____  [ ] ADMITTED  [ ] DENIED  [ ] HEARING SET FOR: _____
SUPERVISED RELEASE/PROBATION: [ ] REVOKED  [ ] MODIFIED: _____

[X] OTHER _Cts 5,7,8,9,10,11 + 12 dismissed on mot/govt. This sentence to be served consecutively to state sentence._
[ ] EXCLUDABLE TIME NOTES: _____  CODE: _____

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk

9

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000

**FILED**

February 20, 1997

VC

**FEB 21 1997**

U.S. District Court
2546 U.S. Courthouse
650 Capitol Mall
Sacramento, CA  95814

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

Case Number:  CR 97-32 SI

Case Title:   The U.S.A. v. Watson

CR S
**CR-S- 97- 161 LKK**

Dear Clerk:

        Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith are:

        (x)    Certified copy of the docket entries;

        (x)    Certified copy of the ~~Indictment~~/Information;

        ()     Certified copy of the Transferral Order;

        (x)    Certified copy of the Consent to Transfer

        Please acknowledge receipt of the above document on the copy of this letter.

                        Very truly yours,

                        RICHARD W. WIEKING, Clerk

by: ___Lori Murray___
    Deputy Clerk

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____
                    Deputy Clerk
Dated February 22, 2008

o:\mrg\crim\r20.out

Rev 11/95

In the United States District Court

for the _____ **NORTHERN** _____ District of ____ **CALIFORNIA** __

RULE 20    ED OF CALIF - ARRESTING DISTRICT
           ND OF CALIF - CHARGING DISTRICT

United States of America

v.

ALBERT CLARK WATSON

Criminal No.    CR 97-00032-SI
                (N.D. Cal.)

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

**FILED**

FEB 1 9 1997

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

I, **ALBERT CLARK WATSON** _____, defendant, have been informed that an **information** _____ (XXXXXXX

*information, ~~complaint~~*) is pending against me in the above designated cause. I wish to plead **guilty** _____

(*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the **Eastern** _____

District of **California** _____ in which I **am under arrest** _____ (*am under arrest, am held*) and to waive

trial in the above captioned District.

Dated: ___ 2 - 12 ___, 19 97 at S A C T O .

_____
(*Defendant*)

_____
(*Witness*)

_____
(*Counsel for Defendant*)

I hereby certify that the annexed
instrument is a true and correct copy
ALBERT CLARK WATSON in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
                    Deputy Clerk
Date FEB 2 0 1997

Approved

_____
SS. United States Attorney for the
District of _____

_____
**NANDOR VADAS**
**Asst.** United States Attorney for the
_____ **NORTHERN** _____ District of
_____ **CALIFORNIA** _____

Document No.

FORM USA-153
SEP 82

AO 257 (Rev. 6/78)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

—— OFFENSE CHARGED ——

Title 18, United States Code, Section 2113(a) – Bank Robbery

☐ Petty
☐ Minor
☐ Misde-meanor
☒☒ Felony

PENALTY

20 years imprisonment; $250,000 fine; 5 years term supervised release; and $100 special assessment. (As to each count).

— Name of District Court, and/or Judge/Magistrate, Location (City) —

NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 12 1997
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

—— DEFENDANT - U.S. ——

▶ ALBERT CLARK WATSON

DISTRICT COURT NUMBER

# CR 97 - 00032 SI

—————— PROCEEDING ——————

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

MICHAEL J. YAMAGUCHI
☐ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

NANDOR J. VADAS

—————— DEFENDANT ——————

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☒☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☒ Fed'l  ☐ State

Eastern District of California

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes" give date filed

Mo.    Day    Year

DATE OF ARREST

Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

Mo.    Day    Year

☐ This report amends AO 257 previously submitted.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk
N____ Dist____ of California
[signature]
DATE FEB 2 ___

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:

SUMMONS _____

BAIL (AMT). _____

NO PROCESS* ___X___

Rule 20 transfer to the Eastern District of California

*WHERE DEFENDANT PREVIOUSLY APPREHENDED ON COMPLAINT, NO NEW SUMMONS OR WARRANT NEEDED, SINCE MAGISTRATE HAS SCHEDULED ARRAIGNMENT

1   MICHAEL J. YAMAGUCHI
    United States Attorney

2   Attorney for Plaintiff

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,        CR 97-00032 SI

10                    Plaintiff,      )
                                      )
11           v.                       )   VIOLATION:  Title 18,
                                      )   United States Code, Section
12                                    )   2113(a)- Bank Robbery
                                      )
13   ALBERT CLARK WATSON,             )
                                      )   (San Francisco Venue)
14                    Defendant.      )
    ─────────────────────────────────)

15

16                    I N F O R M A T I O N

17

18       The United States Attorney charges that:

19       COUNT ONE: (18 U.S.C. § 2113(a)- Bank Robbery)

20       On or about June 19, 1995, in Daly City, State and Northern

21   District of California,

22                    ALBERT CLARK WATSON,

23   defendant herein, did knowingly and by force, violence, and

24   intimidation, take, and procure the taking, from the persons and

25

26   WATSON INFORMATION              1



FILED

FEB 12 1997

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   presence of employees of Wells Fargo Bank, 2434 Junipero Serra

2   Boulevard, Daly City, California, approximately $4,050.00 belonging

3   to and in the care, custody, control, management, and possession of

4   said bank, the funds of which were then insured by the Federal

5   Deposit Insurance Corporation, all in violation of Title 18, United

6   States Code §2113(a).

7       The United States Attorney further charges that:

8       COUNT TWO: (18 U.S.C. § 2113(a)- Bank Robbery)

9       On or about July 6, 1995, in South San Francisco, State and

10  Northern District of California,

11                    **ALBERT CLARK WATSON,**

12  defendant herein, did knowingly and by force, violence, and

13  intimidation, take, and procure the taking, from the persons and

14  presence of employees of Wells Fargo Bank, 205 Kenwood Way, South San

15  Francisco, California, approximately $2,600.00 belonging to and in

16  the care, custody, control, management, and possession of said bank,

17  the funds of which were then insured by the Federal Deposit Insurance

18  Corporation, all in violation of Title 18, United States Code

19  §2113(a).

20  Dated: February 10, 1997

21                              MICHAEL J. YAMAGUCHI
                                United States Attorney
22

23  Approved as to Form:
                        AUSA: N. Vadas
24

25

26  **WATSON INFORMATION**                    **2**

**TERMED**

U.S. District Court
U.S. District for the Northern District of California (S.F.)

CRIMINAL DOCKET FOR CASE #: 97-CR-32-ALL

USA v. Watson                                          Filed: 02/12/97
Dkt # in 6067

Case Assigned to:  Judge Susan Illston

ALBERT CLARK WATSON (1)
     defendant
 [term  02/19/97]

Pending Counts:

  NONE

Terminated Counts:                    Disposition

18:2113(a) Bank robbery               rule 20 to Eastern District of
(1 - 2)                               California, Sacramento
                                      (1 - 2)

Offense Level (disposition): 4

Complaints:

  NONE

U. S. Attorneys:

  Nandor Vadas
  [COR LD NTC]
  U.S. Attorney's Office
  450 Golden Gate Avenue
  P.O. Box 36055
  San Francisco, CA 94102

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
N. District of California
Deputy Clerk
Date FEB 2 0 1997

Docket as of February 20, 1997 1:56 pm          Page 1    NON-PUBLIC

INTERNAL USE ONLY: Proceedings include all events.          TERMED
3:97cr32-ALL   USA v. Watson

2/12/97  1      INFORMATION by AUSA Nandor Vadas.  Albert Clark Watson (1)
                count(s) 1-2 (lsk) [Entry date 02/18/97]

2/19/97  2      RULE 20 consent to Transfer Jurisdiction to District of
                Eastern California as to Albert Clark Watson
                statistically closing count(s) for Albert Clark Watson (1)
                count(s) 1-2. Rule 20 to Eastern District of California,
                Sacramento, terminating case  (cc: all counsel) (Date
                Entered: 2/20/97) (lsk) [Entry date 02/20/97]

CLOSED, PROB22_OUT

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:97-cr-00161-WBS-1
## Internal Use Only

Case title: USA v. Watson

Date Filed: 02/21/1997
Date Terminated: 07/02/1997

Assigned to: Judge William B. Shubb

### Defendant (1)

**Albert Clark Watson**
*TERMINATED: 07/02/1997*

represented by **Carl Edward Larson**
Law Offices of Carl Edward Larson
9490 Golden Gate Avenue
Orangevale, CA 95662-2226
916-989-9226
Fax: 916-498-5710
Email: carldeelarson@aol.com
*TERMINATED: 07/02/1997*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

**Disposition**

### Highest Offense Level (Opening)

None

### Terminated Counts

18:2113A.F BANK ROBBERY
(1-2)

**Disposition**

Judgment: Imprisonment 137 months concurrent, Supervised Release 36 months, Fine Waived, Special Assessment $450.00

### Highest Offense Level (Terminated)

Felony

### Complaints

None

**Disposition**

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By
**Deputy Clerk**
Dated February 22, 2008

### Plaintiff

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 02/21/1997 | 1 | RULE 20 consent for Albert Clark Watson to transfer from District of Northern California (CR 97-32-SI) (old) (Entered: 03/27/1997) |
| 02/21/1997 | | (Court only) Docket Modification (Utility Event) 2 counts added for Albert Clark Watson (old) (Entered: 03/27/1997) |
| 02/21/1997 | | (Court only) Docket Modification (Utility Event) P2 started for count # 1,2 as to Albert Clark Watson (old) (Entered: 04/16/1997) |
| 02/21/1997 | | (Court only) (old) (Entered: 04/16/1997) |
| 04/01/1997 | 2 | NOTICE by plaintiff USA regarding related cases with CR S-97-161 LKK (old) (Entered: 04/01/1997) |
| 04/09/1997 | 3 | ORDER by Chief Judge William B. Shubb that this action deminated CRS 97-161 LKK case reassigned to Chief Judge William B. Shubb for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED; the Clerk of the Court make appropriated adjustment in the assignment of criminal cases to compensate for this reassignment [2-1] (cc: counsel) (ljr) (Entered: 04/09/1997) |
| 04/14/1997 | 4 | NOTICE of hearing by USA change of plea hearing set for 4/16/97 and sentencing hearing set for 4/23/97 for Albert Clark Watson (ndd) (Entered: 04/15/1997) |
| 04/15/1997 | 5 | NOTICE of hearing: change of plea hearing set for 4/16/97 for Albert Clark Watson (dd) (Entered: 04/16/1997) |
| 04/16/1997 | 6 | MINUTES before Chief Judge William B. Shubb dft Albert Clark Watson arraigned; GUILTY plea entered; Attorney Carl Edward Larson present; , Albert Clark Watson enters guilty plea PSR ordered; C/R Kelly O'Halloran (old) (Entered: 04/17/1997) |
| 04/16/1997 | | (Court only) Docket Modification (Utility Event) sentencing hearing set for 9:00 5/14/97 for Albert Clark Watson (old) (Entered: 04/17/1997) |
| 04/16/1997 | 7 | WAIVER of indictment by defendant Albert Clark Watson (old) (Entered: 04/17/1997) |
| 06/11/1997 | 8 | MINUTES before Chief Judge William B. Shubb; judgment continued to 9:00 7/2/97 for Albert Clark Watson ; Govt to file sentencing brief by 6/18/97; dfts' response due 6/25/97; C/R O'Halloran (old) (Entered: 06/12/1997) |
| 07/02/1997 | 9 | MINUTES before Chief Judge William B. Shubb Albert Clark Watson enters guilty plea , sentencing Albert Clark Watson (1) count(s) 1-2. Judgment: Imprisonment 137 months concurrent, Supervised Release 36 months, Fine Waived, Special Assessment $450.00 , terminating defendant Albert Clark Watson case terminated , C/R Kelly O'Halloran (old) (Entered: 07/03/1997) |
| 07/09/1997 | 10 | JUDGMENT and Commitment issued as to Albert Clark Watson by Chief Judge William B. Shubb (old) (Entered: 07/10/1997) |
| 01/16/1998 | 11 | JUDGMENT and Commitment returned executed on 12/17/97 as to Albert Clark Watson (old) (Entered: 01/21/1998) |
| 11/01/2007 | ❷ 12 | PROBATION FORM 12 signed by Judge William B. Shubb on 11/1/2007 re Supervised Release as to Albert Clark Watson ORDERING modification APPROVED as recommended. (Waggoner, D) (Entered: 11/01/2007) |
| 01/29/2008 | ❷ 13 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to USDC - Northern District of CA as to defendant Albert Clark Watson. Transmitted Transfer of Jurisdiction form, with certified copies of Indictment, Judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Marciel, M) (Entered: 01/30/2008) |
| 02/22/2008 | ❷ 14 | TRANSMITTAL of DOCUMENTS: pursuant to 13 Probation 22 Out for defendant Albert Clark Watson, following documents were sent to USDC - Northern District of CA: certified copies of Indicment/Complant, Transfer Order, Judgment & Sentencing, and docket sheet. (Marciel, M) (Entered: 02/22/2008) |